UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER CRICH, *et al*, | § § § | |
| *Plaintiffs*, | § | |
| VS. | § § | CIVIL ACTION 3:15-CV-0100 |
| MARATHON PETROLEUM COMPANY, LP, *et al*, | § § § | |
| *Defendants*. | | |

## ORDER OF DISMISSAL

On May 4, 2015, Plaintiffs Gary Crich and Heather Crich filed their Unopposed Motion to Dismiss Without Prejudice. Dkt. 4. It is therefore **ORDERED** that all claims asserted by Plaintiff's are hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear his or its own attorneys' fees and costs.

SIGNED, May 18th, 2015.

*George C. Hanks*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE